# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-18-00298-CV

**Susan Lewis King and Austin King, M.D., Appellants//
Ken Paxton, Attorney General of Texas; and Abilene-Sweetwater
Broadcasting Company d/b/a KTXS TV, Cross-Appellants**

**v.**

**Ken Paxton, Attorney General of Texas;
and The City of Abilene, Texas, Appellees//
Susan Lewis King and Austin King, M.D., Cross-Appellees**

## FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-16-001160, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Cross-appellant Abilene-Sweetwater Broadcasting Company d/b/a KTXS TV has filed an unopposed motion to dismiss its appeal.  We grant the motion and dismiss the cross-appeal.  *See* Tex. R. App. P. 42.1(a).  The appeals filed by appellants Susan Lewis King and Austin King, M.D., and by cross-appellant Ken Paxton, Attorney General of Texas, will continue.  We have amended the style of the case to reflect the dismissal of cross-appellant Abilene-Sweetwater Broadcasting Company d/b/a KTXS TV: *Susan Lewis King and Austin King, M.D., Appellants//Ken Paxton, Attorney General of Texas, Cross-Appellant v. Ken Paxton, Attorney General of Texas; and The City of Abilene, Texas, Appellees//Susan Lewis King and Austin King, M.D., Cross-Appellees.*

It is ordered February 4, 2019.


Before Justices Goodwin, Baker, and Triana